UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHREE SHIVA, LLC<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, DEBRA WRIGHT, JAMES WRIGHT, BRENT WEAVER, BUILDING ADVENTURES, INC., RICHARDSON C. GRISWOLD, and DOES 1 to 100,<br><br>Defendants. | Case Number: 2:21-cv-00211-JAM-KJN<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable District Judge John A. Mendez<br>Magistrate Judge: Kendall J. Newman<br><br>**JUDGMENT DISMISSING CITY OF REDDING, DEBRA WRIGHT, JAMES WRIGHT, AND BRENT WEAVER WITH PREJUDICE** |

JUDGMENT DISMISSING CITY, DEBRA WRIGHT, JAMES WRIGHT, AND BRENT WEAVER WITH PREJUDICE

# JUDGMENT DISMISSING CITY OF REDDING, DEBRA WRIGHT, JAMES WRIGHT, AND BRENT WEAVER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on two Motions to Dismiss brought by Defendants City of Redding, James Wright, Debra Wright, and Brent Weaver as to the Complaint filed by Plaintiff Shree Shiva, LLC (hereinafter "Plaintiff").  After considering the moving, opposition, and reply briefs, and the arguments submitted by the parties, the Court issued an Order GRANTING the Motions to Dismiss all of Plaintiff's claims against Defendants City of Redding, James Wright, Debra Wright, and Brent Weaver with PREJUDICE as any amendment would be futile.  (ECF No. 42.)

Pursuant to Federal Rules of Civil Procedure, rules 54(b), 58, and 79, and because the Court has denied Plaintiff all relief against them, Judgment in favor of Defendants City of Redding, James Wright, Debra Wright, and Brent Weaver dismissing them with prejudice is proper.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to Defendants City of Redding, James Wright, Debra Wright, and Brent Weaver;

2. That Judgment is entered in favor of Defendants City of Redding, James Wright, Debra Wright, and Brent Weaver and against Plaintiff;

3. That Plaintiff takes nothing from this case as against Defendants City of Redding, James Wright, Debra Wright, and Brent Weaver; and

4. That Defendants City of Redding, James Wright, Debra Wright, and Brent Weaver shall recover costs against Plaintiff as the prevailing party pursuant to Federal Rules of Civil Procedure, rule 54.

DATED: November 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE