Joshua J. Divine, Esq.
SBN: 225104
Law Offices of Pugh, Van Voris & Divine
1300 West Street, Suite A
P.O. Box 994648
Redding, CA  96099-4648
Telephone:  (530) 246-1430
Fax:  (530) 246-3816
E-mail:  lawfirm@pughvanvoris.com

Attorney for Defendant,
Building Adventures, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHREE SHIVA, LLC<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, DEBRA WRIGHT, JAMES WRIGHT, BRENT WEAVER, BUILDING ADVENTURES, INC., RICHARDSON C. GRISWOLD, and DOES 1 to 100,<br><br>Defendants. | Case Number: 2:21-cv-00211-JAM-KJN<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable District Judge John A. Mendez<br>Magistrate Judge: Kendall J. Newman<br><br>**ORDER GRANTING MOTION TO SET ASIDE DEFAULT AGAINST BUILDING ADVENTURES, INC.**<br><br>Hearing Date:    October 26, 2021<br>Time:                  1:30 p.m.<br>Courtroom:        6 |

Before this Court is a motion by Defendant Building Adventures, Inc. to set aside the order of entry of default (ECF41) entered against it on August 31, 2021.  The Court finds that Defendant Building Adventures, Inc. has established good cause to set aside the default.

ORDER GRANTING MOTION TO SET ASIDE DEFAULT

IT IS HEREBY ORDERED:

1. Plaintiff's motion of entry of default (ECF41) is GRANTED.

2. Defendant Building Adventures, Inc. shall have ten (10) calendar days from the date this order is entered to respond to the complaint.

DATED: November 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO SET ASIDE DEFAULT